ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2017 AUG 28 AM 11: 12
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DERRICK JOHNSON,** <br> **Plaintiff** | § <br> § <br> § | |
| **v.** | § | **CIVIL ACTION NO. 4:16cv01030-A** |
| | § | |
| **BEN E. KEITH COMPANY** <br> **and BEN E. KEITH COMPANY** <br> **INJURY BENEFITS PLAN,** <br> **Defendants** | § <br> § <br> § <br> § | **NOTICE OF APPEAL** |

**PLAINTIFF DERRICK JOHNSON'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT FROM THE DISTRICT COURT'S ORDER GRANTING DEFENDANT BEN E. KEITH COMPANY AND BEN E. KEITH COMPANY INJURY BENEFITS PLAN'S MOTION FOR SUMMARY JUDGMENT AND FINAL JUDGMENT DISMISSING PLAINTIFF DERRICK JOHNSON'S CAUSES OF ACTION**

Notice is hereby given that Derrick Johnson, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the District Court's Order Granting Defendant Ben E. Keith Company and Ben E. Keith Company Injury Benefits Plan's Motion for Summary Judgment and Final Judgment dismissing Plaintiff Derrick Johnson's causes of action on the 28th day of July, 2017.

Respectfully submitted,

Marshay Howard
State Bar No. 24083204
Uptown Tower
4144 N. Central Expressway, Suite 600
Dallas, Texas 75204
(469) 458-3540 PHONE
(972) 308-6011 FAX

mhoward@lawyersdemandingjustice.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

On August 28, 2017, I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via electronic service, fax and/or email.

Marshay Howard